# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| MARCUS ANTOINE WILSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-13-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| SOUTHERN HEALTH PARTNERS NURSING STAFF, et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2018 Order.

April 26, 2018

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court